**In re Jeffrey BEY, Petitioner.**

No. 11–4477.

United States Court of Appeals,
Third Circuit.

Submitted Pursuant to Rule 21, Fed.
R.App. P.
Jan. 20, 2012.

Opinion filed: Feb. 9, 2012.

Jeffrey Bey, Fort Dix, NJ, pro se.

Salvatore L. Astolfi, Esq., Office of United States Attorney, Philadelphia, PA, for Respondent.

Before: FUENTES, GREENAWAY, JR., and STAPLETON, Circuit Judges.

OPINION

PER CURIAM.

Jeffrey Bey, a federal inmate, has filed a pro se petition for a writ of mandamus under 28 U.S.C. § 1651, asking this Court to compel the United States District Court for the Eastern District of Pennsylvania to docket Bey's pleading titled "Application to Raise a Federal Question of Law Pursuant to Title 28 U.S.C. § 1331." Bey contends that the district court "refuses to file and docket" this pleading. Petition at 1.

Mandamus is available in extraordinary circumstances only. *In re Diet Drugs Prods. Liab. Litig.*, 418 F.3d 372, 378 (3d Cir.2005). Bey has not shown any basis for mandamus relief. The docket sheet for E.D. Pa.Crim. No. 02–cr–00684 reflects that Bey's "Application to Raise a Federal Question" was in fact docketed and filed on September 28, 2011, and the same pleading was docketed and filed again on two additional occasions after Bey had resubmitted it. *See* Docket Entries 104–106. Thus, contrary to Bey's suggestion, the district court has not refused to docket and file his pleading. Accordingly, we will deny the petition for a writ of mandamus.